# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**ODETTE BERNARD GOULDBORNE, ET AL.**                 **PLAINTIFFS**

**VS.**                                **CIVIL ACTION NO. 2:08cv4-KS-MTP**

**CURTIZE D. JOHNSON, INDIVIDUALLY,**
**AND GREY HOUND BUS COMPANY**
**d/b/a GREYHOUND LINES, INC.**                              **DEFENDANTS**

## ORDER ON MOTION TO COMPEL DISCOVERY

THIS MATTER is before court on the Defendant Greyhound Lines, Inc.'s ("Greyhound") Motion to Compel Discovery [103]. Having considered the motion and having heard the argument of the parties at a hearing held on July 22, 2009, for the reasons previously stated by the court in its ruling from the bench, the court finds that the motion should be granted in part and denied in part as set forth below. Accordingly,

IT IS ORDERED THAT:

1. The following Plaintiffs shall serve executed medical authorizations (waivers of medical privilege) on Greyhound within thirty (30) days: Spencer Brown; Wycliffe Williams; Delroy Hinds; Bryan Gouldborne; Arlene Brown; Ann-Marie Campbell; and Neville Denton.

2. The following Plaintiffs shall serve their responses to Greyhound's First Interrogatories and First Requests for Production within thirty (30) days: Wycliffe Williams; Delroy Hinds; Bryan Gouldborne; Arlene Brown; Ann-Marie Campbell; and Neville Denton.

3. Plaintiffs shall serve their responses to Greyhound's Supplemental Requests for

Production within thirty (30) days.

4. Plaintiffs shall serve complete responses to Greyhound's Third Requests for Production within thirty (30) days.

5. Plaintiffs shall appear for their depositions and independent medical examinations within this jurisdiction on or before December 1, 2009, pursuant to the provisions of the Amended Case Management Order entered this day.

6. Given the numerous extensions already granted, failure by Plaintiffs to fully and timely comply with the provisions of this Order may result in the dismissal of their claims or other appropriate sanctions.

7. Any other relief sought by Greyhound in the Motion to Compel is denied.

SO ORDERED this the 22nd day of July, 2009.

                                                s/ Michael T. Parker
                                               United States Magistrate Judge